# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SHALAMAR CARMON,

        Petitioner

        v.

BRIAN COLEMAN,

        Respondent

: No. 212 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.